USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/09/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

VAZQUEZ, et al.,

                              Plaintiffs,                  **18-CV-9301 (AJN) (KHP)**

         -against-                               **ORDER**

COOKUNITY, LLC, et al,

                              Defendants.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On July 8, 2019, the Court held a telephonic pre-motion conference. As discussed during the conference, Plaintiffs' Motion to Amend the Complaint is due by no later than **July 26, 2019**. Plaintiffs' Motion should discuss why the proposed amendments are justified under <u>both</u> Federal Rule of Civil Procedure 16 and 15. *See Kassner v. 2nd Ave. Delicatessen Inc.*, 496 F.3d 229, 243 (2d Cir. 2007). Defendants' opposition brief is due by no later than **August 15, 2019**. There will be no reply. As discussed during the conference, to the extent Defendants wish to file a motion for sanctions related to Plaintiffs' Motion to Amend, they may do so without filing a pre-motion letter.

Plaintiffs are directed to produce receipts relevant to their "tools of the trade" claims by no later than **July 22, 2019**. Discovery will not be extended at this time.

Plaintiffs are further directed to file notices of voluntary dismissal for claims brought by those Plaintiffs who are no longer participating in this case by no later than **July 26, 2019**.

**SO ORDERED.**

DATED:	New York, New York
	July 9, 2019

_____
KATHARINE H. PARKER
United States Magistrate Judge