Michael Faillace [MF-8436]
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
(212) 317-1200
*Attorneys for Plaintiffs*

OCT 0 2 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAMIRO VAZQUEZ, DANIEL TORRES RAMOS, JUAN OLIVARES DE LA TORRE, RIGOBERTO ATLATENCO AMARO, MARIO CAMPOS, ABRAHAM GUTIERREZ OLIVARES, MARCOS ALCANTARA HERNANDEZ, LUIS MIGUEL BARRERA PEREZ, PEDRO LAZARO FORTIS, WILLIAM PALADINES, JUAN PALACIOS, RICARDO TRUJILLO GOMEZ, CARMELLO RAMIREZ MARTINEZ, JOSE IVAN ISLAS RAMIREZ, and MIGUEL ANGEL GALICIA JIMENEZ, *individually and on behalf of others similarly situated*,

Case No.:
18-cv-09301-AJN-KHP

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(2)

ECF Case

Plaintiffs,

-against-

COOKUNITY, LLC (D/B/A COOKUNITY), MATEO MARIETTI, MATIAS SEREBRINSKY, and LUCIA CISILOTTO,

Defendants
-----------------------------------------------------------------X

Pursuant to F.R.C.P. 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Ramiro Vazquez, Daniel Torres Ramos, Juan Olivares de la Torre, Rigoberto Atlatenco Amaro, Mario Campos, Abraham Gutierrez Olivares, Marcos Alcantara Hernandez, Luis Miguel Barrera Perez, Pedro Lazaro Fortis, William Paladines, Juan Palacios, Ricardo Trujillo Gomez, Carmello Ramirez Martinez, Jose Ivan Islas Ramirez, and Miguel Angel Galicia Jimenez, individually and

on behalf of others similarly situated, by and through their attorneys, Michael Faillace & Associates, P.C., hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice, against defendants CookUnity, LLC (d/b/a CookUnity), Mateo Marietti, Matias Serebrinsky, and Lucia Cisilotto.

Dated: New York, New York
      August 13, 2019

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: Michael A. Faillace [MF-8436]
60 East 42nd Street, Suite 4510
New York, New York 10165
(212) 317-1200
*Attorneys for Plaintiffs*

**SO ORDERED:** 10/1/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE